IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff on June 30, 2005 (the "Paper"), wherein he requests that the Court direct the United States Marshal to effect service of the summons and complaint on the defendant. The plaintiff is not proceeding *in forma pauperis* under 28 U.S.C. §1915, nor does he make any showing that he is unable to pay the costs of service. Therefore, the plaintiff's request for service by the U.S. Marshal is DENIED.

In addition, "[t]he rules applicable to captions and other matters of form of pleadings apply to all motions and other papers . . . ." Fed.R.Civ.P. 7(b). The Paper fails to comply with the formatting requirements of the local rules of this Court. D.C.COLO.LCivR 10.1. Accordingly,

IT IS ORDERED that the plaintiff's request for service of process by the U.S. Marshal is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff shall effect service upon the defendant on or before **October 25, 2005**.

IT IS FURTHER ORDERED that all future papers submitted to the Court shall be made in compliance with the Federal Rules of Civil Procedure and the local rules of this Court.

Dated July 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge