IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff on July 14, 2005 (the "Paper"). On July 11, 2005, I notified the plaintiff that, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, all future filings with this court must comply with the formatting requirements of Rule 10.1 of the local rules of this Court.[1]  The Paper utterly fails to comply with any of the formatting requirements.  Accordingly,

IT IS ORDERED that the Paper is STRICKEN.

IT IS FURTHER ORDERED that, pursuant to D.C.COLO.LCivR 41.1, any further attempt to file papers that do not comply with the formatting requirements of the local rules of this Court may result in a recommendation that the case be dismissed.

---

[1] The Paper appears to have been filed in response to my July 11, 2005, Order.

Dated July 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge