IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.
_____

**ORDER**
_____

The plaintiff commenced this action on June 27, 2005, by filing a Complaint.

IT IS ORDERED that on or before **October 25, 2005**, the plaintiff shall effect service upon the defendant pursuant to Rule 4, Fed. R. Civ. P.

IT IS FURTHER ORDERED that the plaintiff shall file proof of service with the Court on or before **October 31, 2005**.

Dated July 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge