IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on the plaintiff's **Motion for Summary Judgment** (the "Motion"), filed July 18, 2005. The plaintiff seeks summary judgment, declaratory judgment, and "an order and injunction STAT" on the basis that the defendant "has failed to reply to the complaint within the prescribed time limit."

The plaintiff has not filed proof that the defendant, a resident of California, has been served. The plaintiff has been directed by separate order to effect service upon the defendant on or before October 25, 2005, and to file proof of service with the Court on or before October 31, 2005. Accordingly, I respectfully

RECOMMEND that the Motion be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas

v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions.  In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated July 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge