IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

    Plaintiff,

v.

JONATHON COATS,

    Defendant.

_____

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 12), filed July 25, 2005, in which the Magistrate Judge recommends that this Court deny Plaintiff's Motion for Summary Judgment. The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b). As no party has objected to the Recommendation, the Court has reviewed the Recommendation to determine if it constitutes clear error.

The Court concludes that the Recommendation is a correct application of the facts and the law and therefore is not clearly erroneous. Plaintiff Stanford Eugene Andress has not filed proof that Defendant Jonathon Coats has been served. Therefore, his seeking summary judgment on the basis that Mr. Coats has not responded to the complaint is both premature and procedurally flawed. Moreover, the Court notes that Mr. Coats nonetheless filed an answer on August 5, 2005 in which he claims he "was never properly served."

Accordingly, it is

ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge (Dkt. # 12), filed July 25, 2005; and

2. The Court DENIES Plaintiff's Motion for Summary Judgment (Dkt. # 9), filed July 18, 2005.

DATED: August 24, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge