IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.
_____

**ORDER STRIKING MOTION TO AMEND AND
ORDER TO SHOW CAUSE**
_____

On October 7, 2005, the plaintiff filed a document seeking leave to amend his complaint (the "Motion to Amend") which states in its entirety the following:

> Case # 05cv1190
> The plaintiff moves to submit to the Court an Amended Complaint presented this day, September 29, 2005.

Significantly, the Motion to Amend: (1) is not properly formatted, in violation of D.C.COLO.LCivR 10.1I; (2) contains no caption, in violation of D.C.COLO.LCivR 10.1J; (3) contains no certificate of conference, in violation of D.C.COLO.LCivR 7.1A; and (4) contains no certificate of service, in violation of Fed. R. Civ. P. 5 and D.C.COLO. LCivR 5.1F.

The plaintiff has a history of filing materials in a manner violating the rules of civil procedure and the rules of this court. Specifically, in an order dated July 11, 2005, I noted that the plaintiff's request there at issue failed to comply with the applicable rules, and I ordered the

plaintiff to cause all future filings to comply with the federal rules of civil procedure and the rules of this court. Subsequently, on July 19, 2005, I struck certain materials based on the plaintiff's failure to comply with formatting requirements and ordered that "any further attempts to file papers that do not comply with the formatting requirements of the local rules of this Court may result in a recommendation that the case be dismissed."

Rule 41.1 of the local rules of practice, D.C.COLO.LCivR, provides as follows:

> A judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order. If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

IT IS ORDERED that the Motion to Amend is STRICKEN for failure to comply with D.C.COLO.LCivR 10.1I; D.C.COLO.LCivR 10.1J; D.C.COLO.LCivR 7.1A; D.C.COLO.LCivR 5.1F; and Fed. R. Civ. P. 5 .

IT IS FURTHER ORDERED that the plaintiff shall show cause, if any there be, in writing and on or before **October 31, 2005**, why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for failure to comply with applicable rules of procedure and failure to comply with orders of this court. The plaintiff's failure to file a response to this order to show cause will result in a recommendation that the case be dismissed.

Dated October 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge