IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01190-PSF-BNB

STANFORD EUGENE ANDRESS,

Plaintiff,

v.

JONATHON COATS,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Summary Judgment**, filed October 24, 2005. This is the plaintiff's third motion for summary judgment. The plaintiff's first motion was filed on July 18, 2005. It was without merit and was denied on July 25, 2005. The plaintiff filed a second motion for summary judgment on October 18, 2005. The second motion also was without merit, and I recommended that it be denied on October 19, 2005. The plaintiff's third motion for summary judgment is now before me. The third motion is identical to the second motion. The plaintiff has simply refiled the second motion.

Successive, meritless, and redundant motions are a waste of the court's limited resources. Accordingly,

IT IS ORDERED that the plaintiff's Motion for Summary Judgment, filed October 24, 2005, is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing successive and redundant

motions for summary judgment. Failure to comply with this order may result in dismissal of this case.

Dated October 26, 2005.

                                            BY THE COURT:

                                            /s/ Boyd N. Boland
                                            United States Magistrate Judge